**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**PECO FOODS, INC.**                                                                **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO. 1:20-CV-99-NBB-DAS**

**MAINE PAPER &**
**FOOD SERVICE-MARYLAND, INC.**                                   **DEFENDANT**

## ORDER STAYING CASE

The court, being advised that the defendant has filed for bankruptcy, finds that inasmuch has this action is subject to the automatic stay, this action is hereby stayed, pending further order of the court. The plaintiff shall file a brief notice every ninety days advising this court of the status of the bankruptcy action.

**SO ORDERED** this the 15th day of July, 2020.


                                              **/s/ David A. Sanders**
                                              **U.S. MAGISTRATE JUDGE**